# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| S.E.G. Inc. | )     ASBCA No. 62004 |
| | ) |
| Under Contract No. M00681-18-F-0273 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Arthur C. Morgan
                CEO

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
         Navy Chief Trial Attorney
         Maj Christopher J. Fuller, USMC
         Erin L. Hernandez, Esq.
         John W. Torresala, Esq.
          Trial Attorneys
          Western Area Counsel Office
          Camp Pendleton, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 19, 2019

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62004, Appeal of S.E.G. Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals